GEORGE STILLWELL, Appellant, *v.* FRANCIS W. BOYER et al.,
Respondents.

*Stillwell* v. *Boyer*, 36 App. Div. 424, affirmed.
(Argued November 26, 1900; decided December 11, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 20, 1899, affirming a judgment in favor of defendants
entered upon a verdict, and an order denying a motion for a
new trial.

*H. M. Gescheidt* for appellant.

*J. Stewart Ross* and *James D. Bell* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN, VANN and WERNER, JJ.

---

SAMUEL GRIFFIN, Respondent, *v.* JOHN CARR et al., Appellants.

*Griffin* v. *Carr*, 21 App. Div. 51, affirmed.
(Argued November 27, 1900; decided December 18, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 18, 1897, affirming a judgment in favor of plain-
tiff entered upon a verdict, and an order denying a motion
for a new trial.

*Thomas J. Ritch, Jr.,* for appellants.

*Timothy M. Griffing* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN,
VANN and WERNER, JJ. Not sitting: CULLEN, J.